IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SAV-RX DATA BREACH LITIGATION | Case No. 8:25-cv-00051<br><br>Chief Judge Robert F. Rossiter Jr.<br><br>MOTION FOR LEAVE TO AMEND CLASS COMPLAINT BY PLAINTIFF SEAN SCHRIEO |
| SEAN SCHRIEO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>A&A SERVICES, LLC DBA, SAV-RX, et al.,<br><br>    Defendants. | Case No. 8:25-cv-00051<br><br>Chief Judge Robert F. Rossiter Jr.<br><br>MOTION FOR LEAVE TO AMEND CLASS COMPLAINT BY PLAINTIFF SEAN SCHRIEO |

COMES NOW Plaintiff Sean Schrieo, pursuant to Federal Rules of Civil Procedure 15(a)(2), and respectfully moves this Court for leave to amend the Class Complaint. In support of this Motion, Plaintiff relies on its Brief in Support of the Motion for Leave to Amend and the Affidavit of James M. Treglio, which is filed concurrently with this Motion.

Plaintiff has conferred with counsel for Defendant, A&A Services, LLC regarding this Motion, and counsel has indicated that Defendant takes no position on Plaintiff's Motion.

WHEREFORE, Plaintiff moves for an Order granting Plaintiff leave to amend the Class Complaint.

Dated: March 11, 2025                          SEAN SCHRIEO, Plaintiff,


By: <u>*/s/ James M. Treglio*</u>
James M. Treglio, #228077
Isabel R. Masanque, #292673
Jason Kyle Masanque, #351792
**POTTER HANDY, LLP**
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 534-1911
Facsimile: (888) 422-5191
jimt@potterhandy.com
isabelm@potterhandy.com
jasonm@potterhandy.com
Attorneys for Plaintiff Sean Schrieo

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2025, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated: March 11, 2025   SEAN SCHRIEO, Plaintiff,

By: */s/ James M. Treglio*